Form ntcrics – ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  18−33043−JKS
                      Chapter:  13
                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mariel Sayson Ferrer
   201 Zabriskie St
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−7758

Employer's Tax I.D. No.:
   20−2466301

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

    Notice is hereby given that an order vacating dismissal of this case was entered on 1/17/19. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

    The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.gov.

Dated: January 17, 2019
JAN: mg

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Mariel Sayson Ferrer  
    Debtor

Case No. 18-33043-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 17, 2019  
                     Form ID: ntcrics    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2019.
```
db             +Mariel Sayson Ferrer,    201 Zabriskie St,    Jersey City, NJ 07307-4320
517882996       SPS Select Portfolio Servicing Inc,    PO Box 6501,    Springfield, OH  45501-6501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2019 00:10:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2019 00:10:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
517886441      +E-mail/Text: bankruptcy@cavps.com Jan 18 2019 00:11:13      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY  10595-2321
```
                                                                                                                                           TOTAL: 3

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2019 at the address(es) listed below:
```
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates,
               Series 2006-3 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
```
                                                                                                                          TOTAL: 4