

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on February 24, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mariel Sayson Ferrer

Case No.: 18-33043

Hearing Date:

Judge: Sherwood

Chapter: 13

# ORDER DIRECTING DEBTOR
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 24, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having come before the Court upon the debtor's filing of a motion to vacate dismissal, and the Court having considered the matter at a hearing on January 10, 2019, and having entered an order on January 17, 2019 vacating dismissal of case, and for good cause shown, it is hereby;

ORDERED that the debtor file all missing schedules and pay any fees due within 14 days. If the debtor fails to file all missing documents and pay any fees due the case will be dismissed.